IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-02014-CMA-KLM

KANDICE LACKEY,

    Plaintiff,

v.

NATIONAL ASSET RECOVERY SERVICES, INC., a Missouri corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Notice of Dismissal With Prejudice (Doc. # 5). The Court having considered the Notice, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

DATED: September __22__, 2010

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Court Judge